DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO DINARDO** and **COLETTE DINARDO,**
Appellants,

v.

**COMMUNITY LOAN SERVICING, LLC** f/k/a
**BAYVIEW LOAN SERVICING, LLC,**
Appellee.

No. 4D22-1093

[March 22, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE19-010970.

Peter J. Snyder of Peter J. Snyder, P.A., Boca Raton, for appellants.

Joseph G. Paggi III of Deluca Law Group, PLLC, Fort Lauderdale, for appellee.

**ON MOTIONS FOR REHEARING AND CERTIFICATION**

PER CURIAM.

We affirmed the trial court's order finding personal jurisdiction over appellants where their lawyer agreed to accept service by mail. Florida Rule of Civil Procedure 1.070(i) does not apply where a defendant's attorney agrees to accept service. Rather, the rule applies where a party defendant is served by mail, without any participation by an attorney.

We deny the motions for rehearing and certification.

WARNER, GROSS and CIKLIN, JJ., concur.